IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DETRIA HALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | NO. 15-6203 |
| SOCIAL SECURITY ADMINISTRATION | : | |

## ORDER

**AND NOW**, this 29th day of March 2016, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 15), Plaintiff failing to timely respond to the Motion, and for good cause shown including finding Plaintiff did not timely seek review and did not allege she lacked notice of the mandated statute of limitations, it is **ORDERED** Defendant's Motion (ECF Doc. No. 15) is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.